IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MAEGON CASSELL,
    Plaintiff,

v.                                                    Civil No. 3:20cv123 (DJN)

KONICA MINOLTA BUSINESS
SOLUTIONS USA, INC.,
    Defendant.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (ECF No. 18). Having resolved all matters in controversy in this case, the parties hereby stipulate and agree to the dismissal of this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                     \_\_\_\_/s/_____
                                                                     David J. Novak
                                                                     United States District Judge

Richmond, Virginia
Date: <u>October 13, 2020</u>